<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6295**

———————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

   v.

EDGAR ANTONIO LAGUNAS-OCAMPO,

        Claimant – Appellant,

   and

$2,564.00 IN U.S. CURRENCY,

        Defendant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (5:09-cv-00015-F)

———————

Submitted: August 19, 2010      Decided: August 27, 2010

———————

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Edgar Antonio Lagunas-OCampo, Appellant Pro Se. Stephen Aubrey West, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this civil forfeiture case, Edgar Lagunas-OCampo appeals the district court's judgment granting the Government's summary judgment motion, and forfeiting the defendant currency to the Government. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. United States v. Lagunas-OCampo, No. 5:09-cv-00015-F (E.D.N.C. Feb. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED